# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC GOLDEN, Derivatively On Behalf of ADVO, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 3:06-CV-01470 (CFD) |
| S. SCOTT HARDING, JEFFREY E. EPSTEIN, DONALD S. SCHNEIDER, TODD C. BROWN, DAVID DYER, BOBBIE GAUNT, CHARLES M. HERINGTON, KAREN KAPLAN, JOHN J. MAHONEY and HOWARD NEWMAN, | : : : : : : : | |
| Defendants, and | : : : | |
| ADVO, INC., a Delaware Corporation, | : : | January 19, 2007 |
| Nominal Defendant. | : : | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Eric Golden ("Plaintiff"), by his undersigned counsel, hereby gives notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), based upon the representation of opposing counsel that Defendant Howard Newman is a citizen of New York, and therefore this Court lacks jurisdiction pursuant to 28 U.S.C. § 1332 because of an absence of complete diversity, the claims asserted in the above-captioned action are hereby dismissed without prejudice.

Respectfully submitted,

/s/ Patrick A. Klingman
James E. Miller  (ct21560)
Patrick A. Klingman (ct17813)
Karen M. Leser (ct23587)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLC
65 Main Street
Chester, Connecticut  06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
jmiller@sfmslaw.com
pklingman@sfmslaw.com
kleser@sfmslaw.com

Nadeem Faruqi
Adam Gonnelli
FARUQI & FARUQI, LLP
320 East 39th Street
New York, New York 10016
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
nfaruqi@faruqilaw.com
agonnelli@faruqilaw.com

Mark C. Gardy
GARDY & NOTIS, LLP
440 Sylvan Avenue Suite 110
Englewood Cliffs, New Jersey 07632
Telephone: (201) 567-7377
Facsimile: (201) 567-7337
mgardy@gardylaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Patrick A. Klingman
Patrick A. Klingman (ct17813)
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, Connecticut  06412-1311
Phone: (860) 526-1100
Fax: (860) 526-1120
pklingman@sfmslaw.com